**JASON G. REVZIN**
Nevada Bar No. 8629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: jason.revzin@lewisbrisbois.com
**COUNSEL FOR DEFENDANT TRANS UNION LLC**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STANLEY R. BANTA,<br><br>        Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, and<br>OCWEN LOAN SERVICING, LLC,<br><br>        Defendants. | Case No. 2:18-cv-02062-JAD-PAL<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Stanley R. Banta ("Plaintiff"), and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to Respond to Plaintiff's Complaint.

On October 26, 2018, Plaintiff filed his Complaint. On October 30, 2018, Trans Union was served with Plaintiff's Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is November 20, 2018.

Trans Union needs additional time to investigate, locate and assemble documents relating to Plaintiff's claims. In addition, Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including December 11, 2018.

1

3253091.1

Dated this 14th day of November, 2018

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

 /s/ *Jason G. Revzin*
Jason G. Revzin (Nevada Bar No. 8629)
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: Jason.revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

**HAINES & KRIEGER, LLC**

/s/ *David H. Krieger*
David H. Krieger (Nevada Bar No. 9086)
Shawn W. Miller (Nevada Bar No. 7825)
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518
Email: dkrieger@hainesandkrieger.com
Email: smiller@hainesandkrieger.com
*Counsel for Plaintiff*

## ORDER

The Joint Stipulation for Extension of Time for Trans Union LLC up to and including December 11, 2018 to file an answer or otherwise respond to Plaintiff Stanley R. Banta's Complaint (Case No. 2:18-cv-02062) is so ORDERED AND ADJUDGED.

Dated this 16th day of November, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

2

3253091.1