David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
STANLEY R. BANTA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| STANLEY R. BANTA,<br><br>    Plaintiff,<br><br>  vs.<br><br>TRANS UNION, LLC and OCWEN LOAN SERVICING, LLC,<br><br>    Defendants. | Case No.: **2:18-cv-02062-JAD-PAL**<br><br>**NOTICE OF SETTLEMENT BETWEEN STANLEY R. BANTA AND <u>OCWEN LOAN SERVICING, LLC</u>** |

**NOTICE IS HERBY GIVEN** that the dispute between STANLEY R. BANTA ("Plaintiff") and Defendant OCWEN LOAN SERVICING, LLC ("OCWEN") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against OCWEN, with Prejudice, within 60 days. Plaintiff requests that all pending dates

and filing requirements as to OCWEN be vacated and that the Court set a deadline sixty (60) from present for filing a Dismissal as to OCWEN.

Dated: January 22, 2019

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
*STANLEY R. BANTA*

**IT IS ORDERED** that the settling parties shall have until **March 25, 2019**, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: January 23, 2019

Peggy A. Leen
United States Magistrate Judge