David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, STANLEY R. BANTA*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| STANLEY R. BANTA,<br><br>    Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC and OCWEN LOAN SERVICING, LLC,<br><br>    Defendants. | Case No. 2:18-cv-02062-JAD-PAL<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO DEFENDANT <u>TRANS UNION ONLY</u>**<br><br>ECF No. 23 |

STANLEY R. BANTA ("Plaintiff"), together with Defendant TRANS UNION, LLC ("TRANS UNION, LLC"), hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice, with prejudice, pursuant to

///

///

///

////

-1-

and in accordance with Federal Rule of Civil Procedure 41(a)(2). This Dismissal is effective **ONLY as to Defendant TRANS UNION, LLC**. Each party shall bear its own attorney's fees and costs of suit.

Dated: April 10, 2019

| | |
|---|---|
| /s/David H. Krieger, Esq. <br> David H. Krieger, Esq. <br> HAINES & KRIEGER, LLC <br> 8985 S. Eastern Avenue <br> Suite 350 <br> Henderson, Nevada 89123 <br> *Attorney for Plaintiff* | /s/Jason G. Revzin, Esq. <br> Jason G. Revzin, Esq. <br> LEWIS BRISBOIS BISGAARD & SMITH LLP <br> 6385 S. Rainbow Blvd <br> Suite 600 <br> Las Vegas, NV 89118 <br> *Attorney for Defendant* |

## ORDER

Based on the parties' stipulation **[ECF No. 23]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that ALL CLAIMS AGAINST DEFENDANT TRANS UNION, LLC are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 11, 2019