David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*
*STANLEY R. BANTA*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STANLEY R. BANTA,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC and OCWEN LOAN SERVICING, LLC,<br><br>Defendants. | **Case No. 2:18-cv-02062-JAD-PAL**<br><br>**STIPULATION AND ORDER DISMISSING ACTION AS TO OCWEN LOAN SERVICING LLC**<br><br>ECF No. 24 |

Plaintiff, STANLEY R. BANTA ("Plaintiff"), together with Defendant OCWEN LOAN SERVICING, LLC ("Ocwen"), hereby stipulate and agree that the above-entitled action shall be dismissed, with prejudice, pursuant to and in

///

///

accordance with Fed. R. Civ. P. 41 (a)(2). This Dismissal is effective **ONLY as to Defendant OCWEN LOAN SERVICING, LLC**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: April 11, 2019

| /s/Shawn W. Miller<br>Shawn W. Miller, Esq.<br>David H. Krieger, Esq.<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Las Vegas, Nevada 89123<br>*Attorney for Plaintiff*<br>*Stanley R. Banta* | /s/ Anna J. Zarndt<br>Anna J. Zarndt, Esq.<br>Troutman Sanders LLP<br>222 Central Park Avenue<br>Suite. 2000<br>Virginia Beach, VA 23462<br>*Attorneys for Defendant*<br>*Ocwen Loan Servicing, LLC* |

## ORDER

Based on the parties' stipulation **[ECF No. 24]** and good cause appearing, and because the dismissal of the claims against Ocwen Loan Servicing, LLC leaves no claims remaining in this case, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 11, 2019